UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL PERKINS,

                Plaintiff,

      -against-

PREVIL,

                Defendants.

1:19-CV-9333 (CM)

CIVIL JUDGMENT

Pursuant to the orders issued December 6, 2019, and January 24, 2020, dismissing this action without prejudice and recognizing Plaintiff as barred under 28 U.S.C. § 1915(g),

IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any federal civil action under the *in forma pauperis* (IFP) statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See id.*

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 24, 2020
          New York, New York

                                                      COLLEEN McMAHON
                                               Chief United States District Judge